940 F. Supp. 311

ZENITH ELECTRONICS CORP, PLAINTIFF *v.* UNITED STATES OF AMERICA, DEFENDANT, AND AOC INTERNATIONAL, INC. ET AL, DEFENDANT-INTERVENORS

Consolidated Court No. 87-01-00039

(Dated September 19, 1996)

## ORDER

WATSON, *Senior Judge:* Upon consideration of the Consent Motion for Affirmance of Redetermination on Remand, and all other pleadings, papers and proceedings herein, it is hereby

ORDERED that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the Commerce Department's remand determination dated September 3, 1996 is AFFIRMED; and it is further

ORDERED that Final Judgment in this matter is entered accordingly.